ROBERT HARTLING ET AL. *v.* GEORGE SAWICKSKY ET AL.

It appearing that the plaintiffs in the above-entitled case have failed to prosecute their appeal from the Superior Court in New London County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Hyman Wilensky,* for the appellants (named plaintiff et al.), and *David A Beizer,* assistant attorney general, for the appellant (state as intervening plaintiff).